UNITED STATES of America,
Plaintiff–Appellee,

v.

Enrique RICO–VIDAL, a.k.a. Enrique
Vidall, a.k.a. Luis Javier Marrero,
Defendant–Appellant.

No. 11–11040
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 2012.

Robert G. Davies, David L. Goldberg, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, Gwendolyn L. Spivey, Federal Public Defender's Office, Tallahassee, FL, Randolph P. Murrell, Federal Public Defender's Office, Gainesville, FL, for Defendant–Appellant.

Enrique Rico–Vidal, Jonesville, VA, pro se.

Before DUBINA, Chief Judge,
MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Enrique Rico–Vidal in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rico–Vidal's conviction and sentence are **AFFIRMED.**